NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ISAAC A. POTTER, JR.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5130

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00459-JFM, Senior Judge James F. Merow.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

In this court's August 19, 2014 order, we directed Isaac A. Potter, Jr. to show cause as to why his appeal should not be dismissed for lack of jurisdiction.  Mr. Potter has now filed a "Motion for an Order to Show Cause," a "Motion to Challenge Jurisdiction in the United States Court of Appeals for the Federal Circuit," and a "Motion for Relief from Judgment."  Mr. Potter's motions

include a "Motion to Disqualify . . . Daniel E. O. Toole (Clerk)."

This court has jurisdiction over appeals from final decisions of the United States Court of Federal Claims. 28 U.S.C. § 1295(a)(2). The Court of Federal Claims, however, has not yet entered a final decision in Mr. Potter's case. Mr. Potter may, of course, file a notice of appeal after the Court of Federal Claims disposes of all claims and enters a final decision.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) The motion to disqualify is denied. All other pending motions are denied as moot.

FOR THE COURT

/s/ Mona Harrington
Mona Harrington
Chief Deputy Clerk

s30